UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 09-20049-CIV-GRAHAM/WHITE
(03-CR-20291-GRAHAM)

LAVAN MAURICE WALKER,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Certificate of Appealability [D.E. 23].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White [D.E. 25]. On January 18, 2011, the Magistrate Judge issued a Report [D.E. 26] recommending that the Motion for Certificate of Appealability [D.E. 23] be denied. Plaintiff filed no objections to the Magistrate Judge's report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 26] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Certificate of Appealability [D.E. 23] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of February 2011.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Patrick A. White
Lavan Maurice Walker, Pro Se